**John P. REGAN**

v.

**SUPERIOR COURT.**

No. 83–434–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1985.

John P. Regan, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

### ORDER

Consideration of the petition for writ of mandamus or prohibition, as prayed, is deferred. This matter is hereby referred to the Presiding Justice of the Superior Court for the appointment of counsel on petitioner's pending application for postconviction relief and for such further appropriate action as is deemed necessary.

MURRAY, J., did not participate.